BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS CHAMORRO,<br><br>Defendant. | CR. NO. S-10-00405 EJG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE ON SENTENCING |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Chamorro is scheduled for a status conference on Judgment and Sentencing on October 28, 2011. However, he may be called as a witness at the trial of several co-conspirators in the related case of <u>United States v. Gililland</u>, Cr. No. S-08-376 EJG. As such, the government will not be able to fully determine its sentencing recommendation until after the trial, which is set to begin March 19, 2012.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference set for October 28, 2011, at 10:00 a.m., be vacated and that the case be re-set for status on sentencing for January 27, 2012, at 10 a.m..

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

///

| | | |
|---|---|---|
| 1 | | BENJAMIN B. WAGNER |
| 2 | | United States Attorney |
| 3 | Date: 10/25/11 | */s/ Russell L. Carlberg* |
| 4 | | By: RUSSELL L. CARLBERG |
| | | Assistant United States Attorney |

Date: 10/25/11        */s/ Victor Sherman\**
VICTOR SHERMAN
Attorney for Defendant Carlos Chamorro

### [PROPOSED] ORDER

For the reasons stated above, the Court **vacates** the status conference in this case of October 28, 2011. The Court **re-sets** the matter for status conference on sentencing for January 27, 2012 at 10 a.m..

IT IS SO ORDERED : October 26, 2011.

 /s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

\*Signed with permission.