BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS CHAMORRO, <br><br> Defendant. | CR. NO. S-10-00405 EJG <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE ON SENTENCING |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Chamorro is scheduled for a status conference on sentencing on January 27, 2012. However, he may be called as a witness at the trial of several co-conspirators in a related case, United States v. Gililland, et al., cr. No S-08-376 EJG. As such, the government will not be able to fully determine its sentencing recommendation until after the trial, which is set to begin March 19, 2012.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference, currently set for January 27, 2012, at 10:00 a.m., be vacated and that the case be re-set for status on sentencing for March 30, 2012, which is currently the date set for the status on sentencing of several other cooperators.

It is anticipated that at that time, the parties will be in a better position to request a new

///

1

Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

                                          BENJAMIN B. WAGNER  
                                          United States Attorney

Date: 1/23/12                             */s/ Russell L. Carlberg*  
                                            By: RUSSELL L. CARLBERG  
                                            Assistant United States Attorney


Date: 1/23/12                             */s/ Victor Sherman\**  
                                            VICTOR SHERMAN  
                                            Attorney for Defendant Carlos Chamorro

                                    ORDER

For the reasons stated above, the Court **vacates** the status conference on sentencing currently set for January 27, 2012. The Court **re-sets** the matter for a status conference on sentencing for March 30, 2012, at 10 a.m..

IT IS SO ORDERED this 24th day of January, 2012.

                                          /s/ Edward J. Garcia  
                                          EDWARD J. GARCIA  
                                          UNITED STATES DISTRICT JUDGE

\*Signed with permission.