| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RUSSELL L. CARLBERG |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-10-00405 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE STATUS CONFERENCE ON |
| | ) | SENTENCING |
| CARLOS CHAMORRO, | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Chamorro is scheduled for a status conference on sentencing on March 30, 2012. He was a potential witness in a related case, United States v. Gililland, et al., cr. No S-08-376 EJG. As that case has now been tried to jury trial, the government will be prepared to set a sentencing schedule. However, due to availability of counsel, who resides in the Los Angeles area, the parties request that the matter be re-scheduled for status on sentencing for **May 4, 2012, at 10 a.m.** In the interim, the parties may submit a stipulation and proposed order for a schedule for Judgment and Sentencing so as to move the matter forward before May 4, 2011.

///

///

//

1

| | |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Date: 3/29/12 | _/s/ Russell L. Carlberg_<br>By: RUSSELL L. CARLBERG<br>Assistant United States Attorney |
| Date: 3/29/12 | _/s/ Victor Sherman*_<br>VICTOR SHERMAN<br>Attorney for Defendant Carlos Chamorro |

## ORDER

For the reasons stated above, the Court **vacates** the status conference on sentencing currently set for March 30, 2012. The Court **re-sets** the matter for a status conference on sentencing for May 4, 2012, at 10 a.m.

IT IS SO ORDERED.

DATED: March 29, 2012

/s/ Edward J. Garcia

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission.